# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2613
Lower Tribunal No. 2020-CA-003080-O

_____

CARLOS MCINTYRE,

Appellant,

v.

IRIS VICKSON AND DAVID DUNN,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

STARGEL and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, concur.


Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellant.

Michael M. Brownlee, of Fisher Rushmer, P.A., Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED